# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
### Eastern District of New York

**UNITED STATES OF AMERICA**

- against -

**COLINFORD MATTIS, et al.,**

**Defendants.**

Docket Number __20-MJ-403__

__The Honorable Margo K. Brodie__
(District Court Judge)

Notice is hereby given that __the United States of America__ appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment ____ ;   Order __X__ ;   Other ____ ;   _____
(specify)

entered in this action on __June 1, 2020__.
(specify)

Offense occurred after November 1, 1987   Yes __X__   No ____.

The appeal concerns: __the release of defendants Mattis and Rahman on bond__ .

Date __June 1, 2020__                    __David K. Kessler, AUSA__
                                          (Counsel for Appellant)

TO:  John Burke, Esq.                Address: United States Attorney's Office - EDNY
     (counsel for Urooj Rahman)                271-A Cadman Plaza East
     26 Court Street, Suite 2805              Brooklyn, New York, 11201
     Brooklyn, NY 11242
     718-875-3707                    Telephone Number:  718-254-7202
     Email: b33elmont@aol.com        E-Mail:            David.Kessler@usdoj.gov

ADD ADDITIONAL PAGE IF NECESSARY                                              (TO BE COMPLETED BY ATTORNEY)

| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|---|

____ I am ordering a transcript.
__X__ I am not ordering a transcript.

Reason:
__X__ Daily copy is available
__X__ U.S. Attorney has placed order
____ Other. Attach explanation
____ Motion decided without hearing

Prepare transcript of                    Dates
____ Pre-trial proceedings    _____
____ Trial                    _____
____ Sentence                 _____
____ Post-trial proceedings   _____

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))  ▶ Method of payment ___ Funds ___ CJA Form 24

ATTORNEY'S signature    /s/ David K. Kessler        Date    June 1, 2020

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____    Signature _____
                                (Court Reporter)

**TO (CONT'D): Sabrina Shroff, Esq.**
**(representing Colinford Mattis)**
**Law Offices of Sabrina P. Shroff**
**44 Gramercy Park North, #7A**
**New York, NY 10010**
**(646) 763-1490**
**sabrinashroff@gmail.com**