# BRACEWELL

June 8, 2020

**VIA ECF**

Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    20-mj-00403-SJB USA v. Mattis et al

Dear Judge Gold:

    A preliminary hearing for Urooj Rahman is currently scheduled for this Friday, June 12. I write to inform the Court that Ms. Rahman is withdrawing her request for such a hearing. I have communicated that fact to the government.

    Respectfully submitted,

    /s/ *Paul Shechtman*

    Paul Shechtman

**Paul Shechtman**
Partner

T: +1.212.508.6107    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com    bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC